**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 68.37.117.5**

**ISP:** Comcast Cable
**Physical Location:** Detroit, MI

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/03/2018 04:38:56 | ABAF93A6E2F868765C236D60E7770E16CBABF40E | Five Reasons to Love Sex with Blondes |
| 01/03/2018 04:37:44 | 9A90BB3B08FBC81CF4CB979FCFB35A4FE35A755B | Sex For Three By The Sea |
| 01/03/2018 04:37:39 | 296611FFFE925E019A9DA4DA27A5A307978EBCCE | Love Burns Again |
| 01/03/2018 04:34:46 | E3B203419FB0600C8FEDA0E9A4EECBB9E77576D8 | Want To Fuck My Wife |
| 01/03/2018 04:34:05 | 507D295A735F5464F4C3DB79DC495B3077D31578 | Piano Concerto |
| 01/03/2018 04:32:35 | 29F22087D08778A5F07FA7D88C9F1B70E27DA387 | A Fucking Hot Threesome |
| 01/03/2018 04:32:33 | 463F73D49530FC53A05A7D4AC405F14CDB3FF5C9 | Watch Me Cum For You |
| 01/03/2018 04:31:23 | B198F375167D013B71083DEE646A17D990D51A10 | Red Hot Christmas |
| 01/03/2018 04:26:30 | B0BDE8708FC36E831E1D82EE32A0D92D8C45BC23 | Your Luckiest Night |
| 11/12/2017 14:24:29 | 137D2AC45D2B7D690622CA9FCB18B0B214CF68F6 | Every Mans Sexy Camping Trip |
| 07/26/2017 14:45:39 | B4140ED7691E78D2599C56E5C8694E344F7AC27F | An Afternoon Inside Kim |
| 07/26/2017 14:40:10 | 673AA4B478E333C74CF467AD24467FFB206B7019 | Emerald Love |

**Total Statutory Claims Against Defendant: 12**

EXHIBIT A

NEMI364